AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

FILED
IN CLERK'S OFFICE
2004 MAR -2 P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Alan Hutchinson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-40256-NMG**

TO: (Name and address of Defendant)

Alan Hutchinson
475 Hubbardston Road
Templeton, MA 01468

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    11-20-03
CLERK                                           DATE

_Sherry Jones_
(By) DEPUTY CLERK

| | )  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | ) |
| | )     AFFIDAVIT OF SERVICE |
| COUNTY OF WORCESTER | ) |

Stephen E Cormier, *being first duly sworn on oath deposes and say:*

*That I am a citizen of the United States over the age of 21 years; that I have no interest whatsoever in the within entitled matter; that I am a regularly appointed Deputy Sheriff of Worcester County, Massachusetts, and as such have the power to serve civil processes within the said county:* WORCESTER

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

02/23/2004

I hereby certify and return that on 02/18/2004 at 07:20pm I served a true and attested copy of the Summons & Complaint for Compensatory, Statutory & Other Damages, & for Injunctive Relief, Civil Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by delivering in hand to ALAN HUTCHINSON at 475 HUBBARDSTON RD, TEMPLETON, MA. Fees: Service 75.00, Travel 0.00, Conveyance 0.00, , Total fees: $75.00

Deputy Sheriff Stephen E Cormier

_____
**Deputy Sheriff**

_____
James M O'Laughlin, Jr, Notary Public
My Commission Expires 4/21/06